THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO ADORNO, Appellant

We find no abuse of discretion in the trial court's denial of the defendant's motion for a mistrial, which was predicated upon the jury's inability to reach a verdict on only the second day of its deliberations, especially since much of the jury's time was taken up by the rereading of testimony and the court's answering of certain questions. Moreover, the supplemental instructions delivered by the court after the jury had reported that it was deadlocked were essentially neutral and noncoercive *(see, People v Curtin,* 115 AD2d 753, 754). Thompson, J. P., Weinstein, Rubin and Spatt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC BARNES, Appellant

In light of the overwhelming evidence of guilt, including the unequivocal corporeal identification of the defendant by two of the complainants, we find that the alleged trial errors were harmless *(see, People v Crimmins,* 36 NY2d 230).

Further, we are satisfied that the sentencing court considered all appropriate factors in imposing sentence upon the defendant and we find no reason to substitute our discretion for that of the sentencing court *(see, People v Suitte,* 90 AD2d 80). Mollen, P. J., Lazer, Mangano and Lawrence, JJ., concur.